UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,        Cr. No. 14-cr-20446

v.

                                      Hon.  Robert H. Cleland

KHALIL HADDAD,

                    Defendant.
_____/

## APPLICATION FOR TRAVEL EXPENSES

On July 30, 2014, Khalil Haddad was charged with Government Program Fraud.  See Indictment, R. 1, Pg ID 1-2.  On September 4, 2014, Haddad was found to be indigent and the court appointed the Federal Defender Office pursuant to the Criminal Justice Act.  See Appointment Order, R. 10, Pg ID 18.  Mr. Haddad resides in Buda, Texas.  On Monday, December 19th, 2014, Mr. Haddad will need to be in Court here in the Eastern District of Michigan for a 3:30 p.m. hearing.  Counsel would also like to consult with the defendant for at least one hour prior to the hearing.  As a result, the defendant respectfully requests that this Honorable Court order the U.S. Marshal to furnish him with non-custodial transportation to and from Buda, Texas to Detroit, Michigan (round-trip) for purposes of appearing in Court on **Friday, December 19th**.

                                        Respectfully submitted,


                                        s/Todd Shanker  
                                        Counsel for Khalil Haddad  
                                        613 Abbott, 5th floor  
                                        Detroit, MI 48226  
                                        (313) 967-5879  
December 9, 2014                     email: todd_shanker@fd.org

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,        Cr. No. 14-cr-20446

v.

                                   Hon. Robert H. Cleland

KHALIL HADDAD,

                    Defendant.

_____/

## ORDER FOR TRAVEL EXPENSES

Upon the application of Defendant, Khalil Haddad, for Travel Expenses, pursuant to 18 U.S.C. § 4285, and the Court being apprised of Defendant's indigence;

**IT IS HEREBY ORDERED** that the U.S. Marshal furnish Defendant Khalil Haddad with non-custodial transportation to and from Buda, Texas to Detroit, Michigan (round trip) for purposes of appearing in Court on the afternoon of ***Friday, December 19th*** for consultation with counsel and for a hearing before the Honorable Judge Robert H. Cleland.

                                                S/Robert H. Cleland
                                                HONORABLE ROBERT H. CLELAND
                                                United States District Judge

Entered: December 10, 2014